McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

**Jan 11, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>A.   7381 Pritchard Road, Sacramento, California 95828;<br>B.   A gray 2007 Chevrolet pickup truck, bearing CA license plate number 49436S1;<br>C.   A Teal 2007 Chevy Silverado, bearing CA license plate number 8K67921;<br>D.   A 1991 Chevy truck, bearing CA license plate number 8Y64756 | CASE NO.      2:21-sw-0025 KJN<br><br>ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

person, unless otherwise ordered by this Court.

Dated:      January 11, 2021

_____
Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE

1